**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**SALPETER GITKIN, LLP**
James P. Gitkin (*pro hac vice* pending)
One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623
E-Mail: jim@salpetergitkin.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DIEGO ZAPATA FONSECA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>      v.<br><br>GOYA FOODS INC.,<br>                                    Defendant. | Case No. 5:16-cv-02559 - LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

1   WHEREAS, Plaintiff Luis Diego Zapata Fonseca ("Plaintiff") filed this action on May 11,
2   2016.
3   WHEREAS, Defendant Goya Foods, Inc. ("Goya") filed a motion to dismiss on July 11,
4   2016.
5   WHEREAS, on September 9, 2016, the Court granted Goya's motion to dismiss in part and
6   denied its motion to dismiss in part.
7   WHEREAS, Plaintiff filed an amended complaint on October 7, 2016.
8   WHEREAS, Goya filed another motion to dismiss on November 2, 2016 and set the motion
9   for hearing on February 9, 2017 at 1:30 p.m.
10  WHEREAS, the parties have met and conferred regarding a briefing schedule on
11  Defendant's motion to dismiss and have reached agreement on a proposed schedule.
12  NOW THEREFORE, subject to the Court's approval, Plaintiff and Defendant stipulate as
13  follows:
14  1.   Plaintiff shall file his opposition to Defendant's motion to dismiss on or before
15  December 20, 2016.
16  2.   Defendant shall file its reply in support of its motion to dismiss on or before January
17  19, 2017.
18  3.   The hearing shall remain on February 9, 2017 at 1:30 p.m.

Dated: November 14, 2016     **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
      L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
ltfisher@bursor.com

**SALPETER GITKIN, LLP**
James P. Gitkin (*pro hac vice* pending)
One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623

CASE NO. 5:16-CV-02559- LHK

| | |
|---|---|
| | jim@salpetergitkin.com |
| | *Attorneys for Plaintiff* |
| Dated: November 14, 2016 | **SHOOK HARDY & BACON LLP** |
| | By: */s/ Paul La Scala* |
| |       Paul La Scala |

Paul La Scala (State Bar No. 186939)
Mayela C. Montenegro (State Bar No. 304471)
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
plascala@shb.com
mmontenegro@shb.com

**SHOOK HARDY & BACON LLP**
Amir M. Nassihi (State Bar No. 235936)
One Montgomery Street, Suite 2700
San Francisco, CA 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
anassihi@shb.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

                                             */s/ L. Timothy Fisher*
                                                L. Timothy Fisher

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _November 15_____, 2016

                                             *Lucy H. Koh*
                                  The Honorable Lucy H. Koh
                                  United States District Court Judge