1 | **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 | 1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
3 | Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
4 | E-Mail: ltfisher@bursor.com

5 | **SALPETER GITKIN, LLP**
James P. Gitkin
6 | One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
7 | Telephone: (954) 467-8622
Facsimile: (954) 467-8623
8 | E-Mail: jim@salpetergitkin.com

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LUIS DIEGO ZAPATA FONSECA, individually and on behalf of all others similarly situated, | Case No. 5:16-cv-02559 - LHK |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
| v. | |
| GOYA FOODS, INC., | |
| Defendant. | |

1    Plaintiff Luis Diego Zapata Fonseca ("Plaintiff") and Defendant Goya Foods, Inc.
2  ("Defendant"), by and through their respective undersigned attorneys, HEREBY STIPULATE
3  AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby
4  dismisses all claims in this action against Defendant with prejudice.  Each party agrees to bear its
5  own attorneys' fees and costs.

Dated: December 1, 2016          **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
ltfisher@bursor.com

**SALPETER GITKIN, LLP**
James P. Gitkin
One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623
jim@salpetergitkin.com

*Attorneys for Plaintiff*

Dated:  December 1, 2016          **SHOOK, HARDY & BACON L.L.P.**

By:   */s/ Paul La Scala*
          Paul La Scala

Amir M. Nassihi (State Bar No. 235936)
One Montgovery Street, Suite 2700
San Francisco, CA  94104-4505
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281
anassihi@shb.com

Paul La Scala (State Bar No. 186939)
Mayela C. Montenegro (State Bar No. 304471)
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA  92614-2546
Telephone:  (949) 475-1500
Facsimile:  (949) 475-0016

*Attorneys for Defendant*